UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRICEN B. GRAHAM,<br><br>            Plaintiff,<br><br>     v.<br><br>U.S. BANK, N.A., and others,<br><br>            Defendants. | Case No. 13-cv-01613 NC<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED** |

Defendants filed a motion to dismiss this action on April 15, 2013. Plaintiff has not responded. Civil Local Rule 7-3(a) requires parties to file and serve an opposition within fourteen days after a motion is filed. A party who does not oppose a motion must file a statement of nonopposition with the court within fourteen days. Civ. L. Rule 7-3(b). "Failure to follow a district court's local rules is a proper ground for dismissal." *Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995). Accordingly, by May 10, 2013 at 5:00 p.m., plaintiff must show cause in writing why this action should not be dismissed.

IT IS SO ORDERED.

Date: May 9, 2013

_____
Nathanael M. Cousins
United States Magistrate Judge

Case No. 13-cv-01613 NC
ORDER TO SHOW CAUSE