UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRICEN B. GRAHAM,<br><br>        Plaintiff,<br><br>   v.<br><br>U.S. BANK, N.A., and others,<br><br>        Defendants. | Case No. 13-cv-01613 NC<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE** |

In accordance with this Court's order, plaintiff showed good cause for failing to file his opposition to defendants' motion to dismiss and filed an opposition. The order to show cause is DISCHARGED.

IT IS SO ORDERED.

Date: May 10, 2013

_____
Nathanael M. Cousins
United States Magistrate Judge