1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

BRICEN B. GRAHAM,

              Plaintiff,

       v.

U.S. BANK, N.A., and others,

              Defendants.

Case No. 13-cv-01613 NC

**ORDER DISCHARGING ORDER TO SHOW CAUSE**

     In accordance with this Court's order, plaintiff showed good cause for failing to file his opposition to defendants' motion to dismiss and filed an opposition. The order to show cause is DISCHARGED.

     IT IS SO ORDERED.

     Date: May 10, 2013

                               _____
                               Nathanael M. Cousins
                               United States Magistrate Judge